United States Courts
Southern District of Texas
**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF _____TEXAS_____

FEB 05 2024

Nathan Ochsner, Clerk of Court

ISAI SOLIS VELAZQUEZ
PETITIONER

CASE NO. _4:20CR00670-001_

REG.NO. _23388-509_

VS.
UNITED STATES OF AMERICA
RESPONDANT

JUDGE, _ELLISON_

MOTION  FOR  SENTENCING  REDUCTION
PURSUANT  TO: 18 USCS § 3582 (c) (2).

PETITIONER REPRESENTS THIS PETITION IN ACCORDANCE WITH; FED.R.CIV.P. 5(d)(4).

THE CLERK IS BEING DIRECTED UNDER; 28 USCS §§951 ET SEQ, TO FILE  THIS MOTION FOR SENTENCING REDUCTION PURSUANT TO THE RETROACTIVE APPLICATION OF AMENDMENTS 782,821.

NOW COMES THE PETITIONER AND ASKS FOR A REDUCTION IN THE TERM OF IMPRISONMENT, BASED ON A GUIDELINE SENTENCING RANGE THAT SUBSEQUENTLY BEEN LOWERED AND MADE. RETROACTIVE BY THE UNITED STATES SENTENCING COMMISSION.

***** R E M E D Y  S O U G H T *****

PETITIONER SEEKS THE SENTENCE BE ALTERED, IN KEEPING WITH THE RETROACTIVE APPLICATION OF AMENDMENTS 782,821 AND, THE SENTENCING FACTORS SET FORTH IN 18 USCS §3553(a), TO THE EXTENT THAT THEY ARE APPLICABLE.

EXECUTED ON _22th_ DAY OF _JAN_ IN THE YEAR OF OUR LORD AND SAVIOR JESUS CHRIST OF NAZARETH,

NAME: _ISAI SOLIS VELAZQUEZ_

REG.NO. _23388-509_

USP THOMSON
P.O. BOX-1002
THOMSON, IL. 61285

SINCERELY.

PAGE ONE OF ONE

JANUARY.22.2024

ISAI SOLIS VELAZQUEZ
REG.NO.  23388-509
USP THOMSON
P.O. BOX 1002
THOMSON, IL. 61285

RE:RETROACTIVE APPLICATION OF AMENDMENT:821.

TO:UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
8631 U.S COURTHOUSE
515 RUSK STREET
HOUSTON TEXAS  77002

United States Courts
Southern District of Texas
FILED

FEB 05 2024

Nathan Ochsner, Clerk of Court

DEAR,CLERK OF COURT

THE PURPOSE OF THIS LETTLER IS TO REQUEST REPRESENTATION FROM

THE FEDERAL PUBLIC DEFENDER·S OFFICE CONCERNING THE APPLICATION OF

AMENDMENT 821,_THAT RETROACTIVILY NOVEMBER.1.2023, I AM NOW MAKING THIS

REQUEST TO THIS HONORABLE COURT, AS I AM PRESENTLY INDIGENT,AND UNABLE

TO AFFORD PRIVATE COUNSEL.TO REPRESENT MYSELF IN THE NEGOTIATIONS FOR AND

THE FILING OF A MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT,PURSUANT TO

18 U.S.C. 3582 (c) (2) AND AMENDMENT 821 WHICH BECAME EFFECTIVE FOR

RETROACTIVE APPLICATION ON NOVEMBER.1.2023. LOWERING OFFENSE LEVELS BY

TWO POINTS:

I WOULD LIKE TO NOW TAKE THIS OPPORTUNITY,TO THANK YOU IN ADVANCE FOR

YOUR TIME AND ATTENTION IN PROVIDING MYSELF WHITH ANY AND ALL

INFORMATION THAT WILL AID MYSELF IN OBTAINING REPRESENTATION IN THE

FILING OF A MOTION FOR APPROPRIATE POST-CONVICTION RELIEF PETITIONER

RELIES UPON THE FOLLOWING.1-PETITIONER IS A FIRST TIME OFFENDER

WITH ZERO POINTS,AND FOR THAT REASON HE BELIEVES HE

QUALIFIES FOR THE AMENDMENT 821.

RESPECTFULLY

JANUARY.22. 2024

ISAI-SOLIS VELAZQUEZ
REG.NO. 23388-509
USP THOMSON
P.O. BOX 1002
THOMSON, IL. 61285

QUAD CITIES
31 JAN
FREEDOM FOREVER/USA

INMATE
IDENTIFICATION
CONFIRMED

United States Courts
Southern District of Texas
F I L E D
FEB 05 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
8631 U.S. COURTHOUSE
515 RUSK STREET
HOUSTON TEXAS 77002

legal mail

77002326.03